IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07CR 191-WC |
| ) | [21 USC 844(a)] |
| MARSHALL E. METCALF ) | |
| ) | INFORMATION |

The United States Attorney charges:

COUNT 1

On or about the 21st day of July, 2007, in Covington County, Alabama, within the Conecuh National Forest, within the Middle District of Alabama,

MARSHALL E. METCALF,

defendant herein, knowingly and intentionally possessed Marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

LEURA G. CANARY
UNITED STATES ATTORNEY

Kent Brunson
_____
Kent B. Brunson
Assistant United States Attorney

# AFFIDAVIT

I state that on 07/21/07, while exercising my duties as a Law Enforcement Officer in the Middle District of Alabama, I was conducting a alcohol compliance check at the Open Pond Camping area (Loop A) approximately 21:10 hrs, within the Conecuh National Forest. I observed two open containers of alcohol at the campsite. The individual in question at the campsite was a Marshall Metcalf. Upon further investigation by consent to search I found a clear bag of a green leafy substance lying on the ground on top of a blanket and found drug paraphernalia underneath a shirt. METCALF advised me that other green leafy substance and drug paraphernalia was in his girlfriends purse at the other campsite. I advised METCALF that he was in violation of possession of marijuana per 36 CFR 261.58(t) and METCALF was issued a violation notice.

*[signature: Eric Wiley]*

**Eric Wiley**
**Law Enforcement Officer**
**Conecuh Ranger District**
**National Forests in Alabama**
**August 27, 2007**


**Sworn to before me and subscribed**
**in my presence this the 27th day**
**of August, 2007.**


*[signature: B. Lynne Nix]*
**Notary Public**