IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   2:07cr191-TFM |
| | ) |
| MARSHALL E. METCALF | ) |

**UNOPPOSED MOTION FOR PLACEMENT ON
PRE-JUDGMENT PROBATION**
(Probation Interview Requested)

**COMES NOW** the defendant, Marshall E. Metcalf, by and through undersigned counsel, Kevin L. Butler, and respectfully moves without opposition for placement on pre-judgment probation. In support of this request the defendant states:

1) Based upon undersigned counsel's pretrial investigation, it appears that Mr. Metcalf: a) has not, prior to the commission of this case, been convicted of violating a Federal or State law relating to controlled substances; b) has not previously been the subject of a disposition under this section.

2) As a result of his lack of prior drug history, Mr. Metcalf is a suitable candidate for pre-judgment probation and moves for such placement. See *18 U.S.C. § 3607.*

3) The government, through Kent Brunson, Esq., does not oppose this motion.

WHEREFORE the defendant requests that this court order a pretrial/probation interview to verify the defendant qualifies for pre-judgment probation and upon satisfactory completion of the interview, Mr. Marshall be ordered to complete pre-judgment probation.

Dated this 10th day of October, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   2:07cr191-TFM |
| | ) |
| **MARSHALL E. METCALF** | ) |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                          Respectfully submitted,

                          s/ Kevin L. Butler
                          KEVIN L. BUTLER
                          First Assistant Federal Defender
                          201 Monroe Street, Suite 407
                          Montgomery, Alabama 36104
                          Phone: (334) 834-2099
                          Fax: (334) 834-0353
                          E-mail: kevin_butler@fd.org
                          AZ Bar Code: 014138