## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-CR-191-TFM |
| | ) | |
| MARSHALL E. METCALF | ) | |

## NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **MARSHALL E. METCALF,** by and through

undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his

previously entered plea of not guilty to guilty.  Defendant waives his right to plead in front of a

district judge and consents to do so before a magistrate judge.

Undersigned counsel would request that Mr. Metcalf's change of plea hearing be

scheduled the week of November 19, 2007.

Dated this 31st day of October, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **2:07cr191-TFM** |
| | **)** | |
| **MARSHALL E. METCALF** | **)** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2007, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

2