IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr191-WC |
| | ) | |
| **MARSHALL E. METCALF** | ) | |

### NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Aylia McKee, and enters her appearance on behalf of Defendant, **MARSHALL E. METCALF,** in the above-styled case.

Dated this 8th day of January, 2008.

                                              Respectfully submitted,

                                              s/ Aylia McKee
                                              AYLIA MCKEE
                                              Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail: aylia_mckee@fd.org
                                              ASB-6178-A39M

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr191-WC |
| | ) | |
| **MARSHALL E. METCALF** | ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on January 8, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                          Respectfully submitted,

                          s/ Aylia McKee
                          AYLIA MCKEE
                          Assistant Federal Defender
                          201 Monroe Street, Suite 407
                          Montgomery, Alabama 36104
                          Phone: (334) 834-2099
                          Fax: (334) 834-0353
                          E-mail: aylia_mckee@fd.org
                          ASB-6178-A39M