IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR NO. 2:07CR191-TFM |
| ) | |
| MARSHALL E. METCALF ) | |

### **ORDER**

For good cause, it is

ORDERED that the Motion to Continue Sentencing (Doc. 20) is GRANTED and defendant, Marshall Metcalf, shall appear for sentencing on 2/4/2008 at 11:00 a.m. in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

DONE this 15th day of January, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE