IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v                         )     CRIMINAL ACTION NO.
                              )     2:07CR191-TFM
MARSHALL E. METCALF           )
```

ORDER

Upon consideration of he defendant's Motion for Prejudgment Probation(Doc. 10, filed 10/10/2007, it is

ORDERED that the motion be, and is hereby, DENIED.

DONE this 4th Day of February, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE